# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand twenty-four.

_____

| | |
|---|---|
| Daniel Banyai, | **ORDER** |
|     Plaintiff - Appellant, | Docket No. 23-1234 |
| v. | |
| Town of Pawlet, Judge Thomas S. Durkin, | |
|     Defendants – Appellees. | |

_____

    Appellee Judge Thomas S. Durkin moves to withdraw as a party to this appeal.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court