**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: March 04, 2024 | DC Docket #: 23-cv-101 |
| Docket #: 23-1234cv | DC Court: VT (BURLINGTON) |
| Short Title: Banyai v. Town of Pawlet | DC Judge: Sessions |

# NOTICE OF SUBMISSION DATE
# FOR DETERMINATION OF APPEAL

**Submission Date:**   Monday, April 8, 2024

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.