# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand and twenty-four,

_____

Daniel Banyai,

    Plaintiff - Appellant,

v.

Town of Pawlet,

    Defendants - Appellee,

John and Jane Doe 1 through 20, whose identities are unknown at present,

    Defendant.

_____

**ORDER**
Docket No. 23-1234

    Appellee Judge Thomas S. Durkin moves to withdraw as a party to this appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court